
FILED
OCT 1 - 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THEODORE D. NIELSONGIBSON,<br><br>　　　　Defendant. | Case No. 1:18-po-00259-SAB<br><br>ORDER TO REFUND DEFENDANT OVERPAYMENT OF SPECIAL ASSESSMENT |

On June 23, 2018, a citation was issued to Theodore Neilsongibson for possession of a controlled substance in Sequoia National Park in violation of 36 C.F.R. § 2.35(b)(2). (ECF No. 1.) The citation erroneously set the total collateral due as $530.00. On September 28, 2018, Mr. Neilsongibson paid the collateral amount of $530.00. (ECF No. 3.) However, the actual amount due should have been $280.00. Therefore, Mr. Neilsongibson has overpaid the collateral due by $250.00.

Accordingly, IT IS HEREBY ORDERED that Theodore D. Nielsongibson be refunded two hundred and fifty dollars ($250.00) for the overpayment to the Court on September 28, 2018.

IT IS SO ORDERED.

Dated　September 28, 2018

　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　United States Magistrate Judge